| Fill in this information to identify your case. | | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert Severson** | | | Check if this is an amended plan ☐ |
| | Name: First | Middle | Last | Amends plan dated: _____ |
| Debtor 2 (Spouse, if filing) | Name: First | Middle | Last | |
| Case number: (If known) | **19-81413** | | | |

# Chapter 13 Plan

| Part 1 | Notices |
|---|---|

To Debtor(s): This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules, administrative orders, and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies. Your failure to check a box that applies renders that provision ineffective.*

To Creditors: **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the confirmation hearing, unless otherwise ordered. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is made. See Bankruptcy Rule 3015. In addition, a proper proof of claim must be filed in order to be paid under this plan.

The following matters may be of particular importance to you. Debtor(s) must check each box that applies. Debtor(s)' failure to check a box that applies renders that provision ineffective.

☐ The plan seeks to limit the amount of a secured claim, as set out in Part 3, § 3.2, which may result in a partial payment or no payment at all to the secured creditor.

☐ The plan requests the avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest as set out in Part 3, § 3.4.

☐ The plan sets out nonstandard provision(s) in Part 9.

| Part 2 | Plan Payments and Length of Plan |
|---|---|

2.1  Debtor(s) will make regular payments to the trustee as follows:

**$150** per **Month** for **60** months

*Debtor(s) shall commence payments within thirty (30) days of the petition date.*

2.2  Regular payments to the trustee will be made from future income in the following manner (*check all that apply*):

☐ Debtor(s) will make payments pursuant to a payroll deduction. Debtor(s) request a payroll deduction be issued to:

☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment)

2.3  **Income tax refunds and returns.** *Check one.*

- [✓] Debtor(s) will retain any income tax refunds received during the plan term.
- [ ] Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee income tax refunds received during the plan term, if any.
- [ ] Debtor(s) will treat income tax refunds as follows:

  _____

- [ ] Debtor(s) believe they are not required to file income tax returns and do not expect to receive tax refunds during the plan term.

**2.4  Additional Payment** *Check all that apply.*
  - [✓] **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5  Adequate Protection Payments**

Any adequate protection payments shall be made as part of this plan; see Part 3 or Part 9 for details. The secured creditor must file a proof of claim in order to receive payment. Unless otherwise ordered, adequate protection payments through the trustee shall be made as funds are available after the proof of claim is properly filed.

### Part 3.  Treatment of Secured Claims

**3.1  Maintenance of payments and cure of defaults, if any, on long-term secured debts.** *Check one.*

  - [✓] **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2  Request for valuation of security, claim modification, and hearing on valuation.** *Check one.*

  - [✓] **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3  Secured claims excluded from 11 U.S.C. § 506 and fully secured claims.** *Check one.*

  - [ ] **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
  - [✓] The claims listed below:
    1. were incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor(s), or
    2. were incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value, or
    3. are fully secured.

  These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed by the trustee as specified below. Unless otherwise ordered, the status and amount stated on a proof of claim or amended proof of claim controls over any contrary amount listed below as to the estimated amount of the creditor's total claim, but the interest rate is controlled by the plan.

  The holder of any claim listed below will retain the lien until the earlier of:

  (a) payment of the underlying debt determined under nonbankruptcy law, or

  (b) discharge under 11 U.S.C. § 1328(a), at which time the lien will terminate and be released by the creditor.

| Name of Creditor | Monthly Adequate Protection Payment | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Interest Rate | Monthly Fixed Payment to Creditor | Monthly Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|
| Farmers Furniture | $15.00 | $778.00 | Furniture | $778.00 | 5.25% | $132.00 | |

**3.4  Section 522(f) judicial lien and nonpossessory, nonpurchase-money ("Non-PPM") security interest avoidance.** *Check all that apply.*

  - [✓] **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5  Surrender of collateral.** *Check one.*

  - [✓] **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

### Part 4: Treatment of Fees and Priority Claims

**4.1** **General**

Trustee's fees will be paid in full. Except as set forth in § 4.5, allowed priority claims also will be paid in full, without interest.

**4.2** **Chapter 13 case filing fee.** *Check one.*

- [x] Debtor(s) intend to pay the Chapter 13 case filing fee through the plan.
- [ ] Debtor(s) intend to pay the Chapter 13 case filing fee directly to the Clerk of Court.

**4.3** **Attorney's fees.**

The total fee requested by Debtor(s)' attorney is $**3,500.00**. The amount of the attorney fee paid prepetition is $**119.00**. The balance of the fee owed to Debtor(s)' attorney is $**3,381.00,** payable as follows (*check one*):

- [ ] $ at confirmation and $ per month thereafter until paid in full, or
- [x] in accordance with any applicable administrative order regarding fees entered in the division where the case is pending.

**4.4** **Priority claims other than attorney's fees and domestic support obligations.** *Check one.*

- [x] **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5** **Domestic support obligations.** *Check one.*

- [x] **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata.

**5.2** **Percentage, Base, or Pot Plan.** *Check one.*

- [ ] 100% Repayment Plan. This plan proposes to pay 100% of each allowed nonpriority unsecured claim.
- [ ] Percentage Plan. This plan proposes to pay ____% of each allowed nonpriority unsecured claim.
- [ ] Pot Plan. This plan proposes to pay $____, distributed pro rata to holders of allowed nonpriority unsecured claims.
- [x] Base Plan. This plan proposes to pay $ **9,000.00** to the trustee (plus any tax refunds, lawsuit proceeds, or additional payments pursuant to §§ 2.3 and 2.4). Holders of allowed nonpriority unsecured claims will receive the funds remaining, if any, after disbursements have been made to all other creditors provided for in this plan

**5.3** **Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*
- [x] **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**5.4** **Maintenance of payments and cure of any default on long-term nonpriority unsecured claims.** *Check one.*

- [x] **None.** *If "None" is checked, the rest of § 5.4 need not be completed or reproduced.*

**5.5** **Other separately classified nonpriority unsecured claims.** *Check one.*

- [x] **None.** *If "None" is checked, the rest of § 5.5 need not be completed or reproduced.*

### Part 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed, will be treated as specified, and any defaults cured. *Check one.*

| Debtor | Robert Severson | Case number | 19-81413 | Eff (01/01/2019) |

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

6.2 The executory contracts and unexpired leases listed below are rejected: *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.2 need not be completed or reproduced.*

## Part 7: Sequence of Payments

7.1 Unless otherwise ordered, the trustee will make the monthly payments required in Parts 3 through 6 in the sequence of payments set forth in the administrative order for the division in which this case is pending.

## Part 8: Vesting of Property of the Estate

8.1 Property of the estate will vest in Debtor(s) *(check one)*:

☑ Upon plan confirmation.

☐ Upon entry of Discharge

## Part 9: Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

## Part 10: Signatures:

**Signature(s) of Debtor(s) required.**

Signature(s) of Debtor(s) *(required)*:

X  **/s/ Robert Severson**                                    Date **May 21, 2019**
   **Robert Severson**

X  _____                                    Date

**Signature of Attorney for Debtor(s):**
X  **/s/ John C. Larsen**                                      Date **May 21, 2019**
   **John C. Larsen**
   **1733 Winchester Road**
   **Huntsville, AL 35811**
   **256-859-3008**

Name/Address/Telephone/Attorney for Debtor(s):

By filing this document, Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) certif(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in this district's Local Form, other than any nonstandard provisions included in Part 9.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Robert Severson | ) | |
| SSN: XXX-XX-9730 | ) | Case No. 19-81413-CRJ-13 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Chapter 13 Plan has been served upon all creditors listed on the matrix electronically or by depositing copies for the creditors listed below in the United States Mail, properly addressed and postage prepaid, on this the 21st day of May, 2019.

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 21st day of May, 2019.

/s/ John C. Larsen

```
Label Matrix for local noticing          U. S. Bankruptcy Court                   American Car Center
1126-8                                    400 Well Street                          3777 University Dr.
Case 19-81413-CRJ13                       P. O. Box 2775                           Huntsville, AL 35816-3139
NORTHERN DISTRICT OF ALABAMA              Decatur, AL 35602-2775
Decatur
Tue May 21 16:49:43 CDT 2019

Approved Cash Loan                        Capital One                              Car Mart
3700 Blue Spring Rd                       PO Box 105474                            3511 Hwy 31 S
Huntsville, AL 35810-3479                 Atlanta, GA 30348-5474                   Decatur, AL 35603-1413


Comcast                                   Credit Central                           Dr Leonard's/Carol Wright Gifts
PO Box 105257                             Attn: Bankruptcy                         Po Box 7823
Atlanta, GA 30348-5257                    700 E North St Ste 15                    Edison, NJ 08818-7823
                                          Greenville, SC 29601-3013


(p)FARMERS FURNITURE                      Farmers Home Furniture-Huntsville,AL     First Premier Bank
ATTN CORPORATE CREDIT DEPT                Attn: Corporate Credit Department        Attn: Bankruptcy
PO BOX 1140                               P.O. Box 1140                            Po Box 5524
DUBLIN GA 31040-1140                      Dublin, GA 31040-1140                    Sioux Falls, SD 57117-5524


Fox Collection Center                     Golden Law LLP                           Huntsvi Fin
Attn: Bankruptcy                          2447 Pacific Coast Highway, 2nd Floor    1004 Jordan Lane Suite 3
Po Box 528                                Hermosa Beach, CA 90254-2743             Huntsville, AL 35816-3025
Goodlettsvile, TN 37070-0528


Huntsville Loans Company                  King Credit                              Mayhall Enterprises LLC
1004 Jordan Ln SW. Suite 3                8595 Washington St.                      2327-A N. Memorial Pkwy.
Huntsville, AL 35816                      Denver, CO 80229-4709                    Huntsville, AL 35810-4500


Midland Funding                           Premiere Credit of North America, LLC    Receivables Performance Mgmt
2365 Northside Dr Ste 300                 Attn: Bankruptcy                         Attn: Bankruptcy
San Diego, CA 92108-2709                  Po Box 19309                             Po Box 1548
                                          Indianapolis, IN 46219-0309              Lynnwood, WA 98046-1548


SFC Central Bankruptcy                    Security Finance                         Service Loan
PO Box 1893                               Attn: Bankruptcy                         Po Box 2935
Spartanburg, SC 29304-1893                Po Box 1893                              Gainesville, GA 30503-2935
                                          Spartanburg, SC 29304-1893


Service Loan Company                      Small Loans Inc.                         Speedy Cash
1012 A Jordan Lane NW                     2022 Jordan Lane Suite B                 4298 University Drive
Huntsville, AL 35816-3026                 Huntsville, AL 35816-1024                Huntsville, AL 35816-3006


Sun Loan Company                          Swiss Colony                             T Mobile/T-Mobile USA Inc
1407 Memorial Pkwy                        1112 7th Ave                             by American InfoSource as agent
Huntsville, AL 35801-5935                 Monroe, WI 53566-1364                    PO Box 248848
                                                                                   Oklahoma City, OK  73124-8848
```

| Total Vision Payday Advance | Verizon Wireless | World Finance |
| --- | --- | --- |
| 1847 University Dr. | Attn: Verizon Wireless Bankruptcy Admini | 3503 Memorial Parkway Suite A |
| Huntsville, AL 35801-5744 | 500 Technology Dr, Ste 550 | Huntsville, AL 35801 |
| | Weldon Spring, MO 63304-2225 | |

| John C. Larsen | Michele T. Hatcher | Robert Severson |
| --- | --- | --- |
| Larsen Law, P.C. | Chapter 13 Trustee | 210 Winchester Road, Apt. C107 |
| 1733 Winchester Rd | P.O. Box 2388 | Huntsville, AL 35811-1224 |
| Huntsville, AL 35811-9190 | Decatur, AL 35602-2388 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Farmers Furniture | End of Label Matrix | |
| --- | --- | --- |
| Attn: Bankruptcy Department | Mailable recipients | 35 |
| Po Box 1140 | Bypassed recipients | 0 |
| Dublin, GA 31040 | Total | 35 |